(April 11, 1951.)
(Republish.)

■

SAMUEL ENGLISH, Respondent, v. JACOB A. SCHWARTZ et al., as Executors of LEONARD F. NATELSON, et al., Appellants.— The allegations of the complaint do not establish the existence of any actionable claim against defendants. Viewed as an action to recover damages for abuse of process the complaint is insufficient in that the essential allegations for such an action are lacking. There is nothing in the complaint to show that the second replevin action, which was properly instituted, was perverted in order to attain an unlawful result. It does appear that the process was used for the purpose intended. Furthermore, the prior judgment operates here as an estoppel. Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion to dismiss the complaint under rule 106 of the Rules of Civil Practice granted, with costs. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 754.]

■

(April 17, 1951.)

■

IDA CIVETTA, as Administratrix of the Estate of OLIVIERO CIVETTA, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

■

In the Matter of the CITY OF NEW YORK, Respondent-Appellant, Relative to Acquiring Title to Real Property Required for the Opening of a New Street, from WILLETT to LEWIS STREETS, etc., in the Borough of Manhattan. HERMAN B. SCHELL, Respondent; KATHY ELFENBEIN, Appellant-Respondent.— Decree, so far as appealed from, unanimously affirmed, with one bill of $20 costs and disbursements to the claimant-respondent Herman B. Schell. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

CRISTINA DE B. PATINO, Respondent, v. ANTENOR PATINO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [195 Misc. 887.] [See post, p. 926.]